**E-FILED**
Wednesday, 21 September, 2005  03:38:40 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DAVID JULIAN,  )
 )
    Petitioner,  )
 )
v.  )  Case No. 05-1076
 )
DON HULIC, Warden,  )
 )
    Respondent.  )

## O R D E R

This matter is now before the Court on a Petition for a Certificate of Appealability by Petitioner, David Julian ("Julian"), from the denial of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth below, the Court declines to issue a Certificate of Appealability.

### DISCUSSION

As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2253 now requires a certificate of appealability in cases arising under 28 U.S.C. § 2254. A certificate may only issue if the applicant makes a substantial showing of the denial of a constitutional right, and any certificate issued must specify what claim(s) merit appellate review.

In considering whether a certificate of appealability should issue, the Court notes that in denying Julian's § 2254 petition, the Court found that his claim of ineffective assistance of counsel had been presented to and resolved by the state court after an evidentiary hearing. He offered nothing that would provide any basis for revisiting the state

court's factual and credibility determinations upon which the state court based its decision. As Julian's Petition did little more than ask this Court to accept his disagreement with the decision of the circuit and appellate courts, the Court concluded that he had failed to introduce evidence rebutting the presumption of factual correctness by clear and convincing evidence. Nor had he provided any other basis for finding that the appellate court's conclusion was based on an unreasonable application of the facts in light of the evidence presented in the state court proceedings. *See* § 2254(d)(2). Accordingly, the Court must conclude that Julian's bald assertion of a constitutional violation is simply insufficient to meet the standard required to obtain federal habeas relief. His petition for writ of habeas corpus is therefore denied.

Given that he has presented no claims that could be debatable among jurists of reason, Julian has failed to make a substantial showing of the denial of a constitutional right. Having found no issue in this proceeding which warrants appellate review, this Court cannot in good faith issue a certificate of appealability for his § 2254 Petition.

## CONCLUSION

For the reasons set forth herein, the Court declines to issue a certificate of appealability, and Julian's Application for a Certificate of Appealability [#19] is DENIED.

ENTERED this 21st day of September, 2005.

                                                                s/ Michael M. Mihm
                                                                Michael M. Mihm
                                                                United States District Judge